Martin Moreno Ruiz / leo Moreno Salas — pro se
#28980148 / Otero county prision Facility
112 lisa Dr. PMB 301
Chaparral, New Mexico. 88081

**FILED**

SEP 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For the District of Columbia

Moreno Salas
Plaintiff

v.

Office of the Inspector
General of the Treasury

Defendant.

Case: 1:07-cv-01706
Assigned To : Friedman, Paul L.
Assign. Date : 9/25/2007
Description: FOIA/PRIVACY ACT

) Petition for Review
) of Administrative Decision
) of Request no. 07-OIG-85
) And Appeal n. 07-0996
) of Freedom of Information/
) Privacy Act.
)
)
)

Come now, plaintiff pursuant To; 5 U.S.C. § 552(a)(4)(B)(C).
Seeking for judicial review of the Request n. 07-OIG-85 and
Appeal n. 07-0996. based at the Office of Freedom of information
Privacy Act. of the Inspector General. see: Attachment 1. of 1 pag.
Dated Jun 18, 2007. of this Petition for Review.
Plaintiff is Requesting the final writing conclusions of the
investigations from the special Federal Agents of the
Department of Justice of the city of tucson, Arizona.
R.D. Mauldin and craig troutner federal Agents of the office

1

Received
OVER THE COUNTER

AUG 13 2007

Clerk's Office
Nancy Mayer Whittington

n/c



United states District court
For THE District oF columBIA

#28486148

leo MORENO SALAS, prose, plaintiff — Martin moraio Ruiz
el pAso processing center ice/DHS.
8918 Montana Avenue
el pASO, Texas. 79925
Detainee identification N. — 28486148

Vs.

civil action n-

office of the inspector
General of Freedom of
Information.
ADDRESS; U.S. Department
oF justice, 1425 new york
Avenue, suite 11050,
washington D.C. 20530-001

~~Complaint~~

SEE: Exhibit B. concerning the facts of plaintiff case. And the Relief Requesting From this court, or what this court Deem

P. 1. oF 5. — complaint

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
RECEIVED
SEP - 4 2007

Just and proper As Requested by the plaintiff, since He's complaint is pursuant TO; 5 U.S.C. § 552(a)(4)(B)(c).

## I

plaintiff since september 11, 2006. is IN The custody of ICE/DHS agencies - El paso processing center, seeking For political Asylum.

Today He's Disagree with this cour order Dated 8/15/07.

Since plaintiff cumply with THE FEDERAL Rules of civil procedure. Rules 1, 3, 5, 6, 7(b), 8, 9(d), 10(a) and 11.

See: exhibit A page 3 of 8 pages

P.2. of 5 _ complaint

And exhibit B of 6 pages.

To plaintiff to pay the filing fee will Result in a undue Financial Hardship. The provition was added by the prison litigation Reform Act. ("PLRA") And Does not Apply in this case, Because plaintiff is an immigration Detainee And not a prisoner He is not subject to the "PLRA". edwards V. Johnson, 209 F. 3d 772-776 (5th cir. 2000). reasoning the "PLRA" Does not Apply To immigration and naturalization (Ins). Also in Haines V. Kerney, 404 U.S. 519 (1972); said that the court Has

P. 3. of 5 _ complaint.

sufficient discretion to take account of special circumstances that often arise in pro se situations.

Pro se complaints are held to less stringent standards than formal pleadings drafted by lawyers. cited in Hughes V. Rowe, 449 U.S. 5, 101 S. Ct. 173, 176 (1980).

However, plaintiff prays to this court would grant He's complaint pursuant to; 5 U.S.C. § 552 (a)(4)(B)(C). and all He's exhibits attached in Here. And provided plaintiff with a Docket number for Further References.

P. 4. of 5 – complaint

and prays to this court Do The DeNovo Decision.

All above writing is pursuant to: 28 U.S.C. § 1746, Carter V. Clark, (5th Cir. 1980).

Respectfully submitted by plaintiff

leo Moreno Salas Martin Moreno Ruiz
el paso processing center
8915 Montana Avenue
el paso, Texas, 79925.
Detainee identification N.- 28486148

signed this 28 of August, 2007.

P.S. of S. complaint.

SERVICE BY MAIL

Leo Moreno Salas, placed one envelope into the el paso processing center mail system, contained original and two copies of complaint with the proper exhibits addressed TO: U.S. District court clerk office, 333 Constitution Avenue NW, Room 1225, Washington, DC 20001. Signed and Dated this 28 of august, 2007. by pro se plaintiff leo Moreno salas at el DHS/ICE, paso processing center 8918
8918 Montana Avenue
el paso, texas.

Leo Moreno salas iN propia personam

one copy to the defendants in mentionated address.

p. 1 of 1 service by mail.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Martin M. Ruiz
_____
Plaintiff



v.

Office of the Inspector General
of Freedom of Information
_____
Defendant

### ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[✓] Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[✓] Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[✓] Your COMPLAINT **must** bear your original signature.

[✓] Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[ ] You **must** file a Motion for Leave to File because: _____

[✓] OTHER: If you wish to file a new case with this court please comply with the filing instructions that are enclosed.

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NO SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

8/15/07
Date

HOGAN, C.J. TFH
Chief Judge Thomas F. Hogan

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐    No ☒    (include any funds in prison accounts.) only <856.50 old peso
   If the answer is "yes," state the total value of the items owned. (not valid money)

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-1-07                              Mirtha Moreno Ruiz
            (Date)                                Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 4856.50 pesos = 442⁰⁰ on account to his credit at the  TIME  of  01-11th  2006 or 1440 hrs. institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:  0

I further certify that during the last six months the applicant's average balance was $ Said Amount

                                                  Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|

United States Judge

AO 240 Reverse                                                                                     ATTACHMENT 1
Case 1:07-cv-01706-PLF   Document 1   Filed 09/25/2007   Page 11 of 14

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts? *OFFICE/DHS*
   Yes ☐   No ☒   (Include any funds in prison accounts.) $ 856.50 *old mexican*
   If the answer is "yes," state the total value of the items owned *Money (pesos)—(not current) — Money void money) Martin Moreno Ruiz 8-May-2007*

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   *None*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *8th May – 2007*                    *Martin Moreno Ruiz*
              *8th May – 2007*                    *Martin Moreno Ruiz*
              (Date)                              Signature of Applicant

---

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

                                                    _____
                                                    Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____   _____  United States Judge           Date | _____   _____  United States Judge           Date  or Magistrate |



112 Lisa Drive PMB 301
Chaparral, NM 88081
505-824-4884 Ext. 147

July 12, 2007

ICE Service Processing Center

Dear Mr. Ruiz:

Enclosed is all the information that I have for you at this time. It is showing your account history while you were incarcerated here at MTC-OCPF.

Dates are as followed; 9/13/2006 through 07/03/2007.

Please let me know if I can be of further assistance to you.

Sincerely,

M. Segovia
Accounting Clerk

Exhibit 1

**RESIDENT HISTORY REPORT**                                                          Page 1 of 1

MTC Otero
07/12/07 09:59
ST 002 / OPR MSEGO

INMATE #        : 28486148
Resident Name   : MORENO-RUIZ, MARTIN
Time Frame      : 12/01/2005 14:05 - 07/12/2007 09:59

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/13/2006 | 14:05 | Intake | 1 | cobra | A100104 | 0.00 | 0.00 |
| 09/22/2006 | 10:21 | Close  | 2 | sw    | B72896  | 0.00 | 0.00 |
| 05/31/2007 | 10:10 | Add    | 2 | MSEGO | B102915 | 0.96 | 0.96 |
| 07/03/2007 | 14:20 | Close  | 2 | MSEGO | B107828 | 0.96 | 0.00 |

Exhibit 1

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OTERO COUNTY PRISON

| | | |
|---|---|---|
| Postage | $ | .75 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.55 |

mailed 6-28-07

Postmark Here

7007 0220 0002 4338 0215

Sent To: U.S. DISTRICT COURT FOR
Street, Apt. No.; or PO Box No.: THE DISTRICT OF COLUMBIA
City, State, ZIP+4: WASHINGTON, D.C. 20530

PS Form 3800, August 2006    See Reverse for Instructions



Exhibit B

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OTERO COUNTY PRISON

| | | |
|---|---|---|
| Postage | $ | .41 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.21 |

mailed 6-28-07

Postmark Here

7007 0220 0002 4338 0222

Sent To: U.S. DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No.: 1425 NEW YORK AVE
City, State, ZIP+4: WASHINGTON, D.C. 20530

PS Form 3800, August 2006    See Reverse for Instructions

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-1706
PLF

## I (a) PLAINTIFFS

Leo Moreno Salas

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 28486148

## DEFENDANTS

Office of the Inspector General of

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01706
Assigned To : Friedman, Paul L.
Assign. Date : 9/25/2007
Description: FOIA/PRIVACY ACT

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. Antitrust**
☐ 410 Antitrust

☐ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (If not administrative agency review or Privacy Act

3

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Hartshorton 5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO  If yes, please complete related case form.

DATE 9/25/07   SIGNATURE OF ATTORNEY OF RECORD  NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd