AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of COLUMBIA

FILED
SEP 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Martin Moreno Ruiz
Leo Moreno Salas
            Plaintiff

V.

Office of the Inspector General
of Freedom of Information
            Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07 1706

I, Leo Moreno Salas, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
    If "Yes," state the place of your incarceration  el paso immigration processing center in texas
    Are you employed at the institution? __no__  Do you receive any payment from the institution? __no__
    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.  See: Attached four pages

2. Are you currently employed?   ☐ Yes   ☒ No
    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    2005, minimum wage, in Mexico, Mexico.

3. In the past 12 twelve months have you received any money from any of the following sources?
    a. Business, profession or other self-employment   ☐ Yes   ☒ No
    b. Rent payments, interest or dividends             ☐ Yes   ☒ No
    c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
    d. Disability or workers compensation payments      ☐ Yes   ☒ No
    e. Gifts or inheritances                            ☐ Yes   ☒ No
    f. Any other sources                                ☐ Yes   ☒ No

RECEIVED
SEP - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

Leo Moreno Salas/Marlo Moreno Ruiz, Pro-se
#28486948/ Otero county prision facility
112 Lisa Dr. PMB 301.
Chaparral, New Mexico, 88081.

FILED
SEP 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For the District of Columbia

Leo Moreno Salas )
  Plaintiff ) Case Number.
 )
 )
Office of the Inspector ) Tomo in process in
General of freedom of ) Form Pauperis
Information. )
 )
  Defendant )
 )

I, Leo Moreno Salas/Marlo Moreno Ruiz, declare that in support of my pleadings to proceed in this case without being required to pre-pay fees, not to give security therefor, I state that because my poverty I'm unable to pay the cost of said proceedings or to give security therefor and that I believe, I am entitled to relief.

1. I have no received any money in the past twelve months from any employment, bussness or have money in checking or savings accounts (NO).

2. I certify that I have not money at my prisoner account in the Otero county prision facility in the state of New Mexico. 112 Lisa Dr. PMB 301, Chaparral.

I declare under penalty of perjury that all above is true and correct, pursuant to: 28 U.S.C. #1746, Carter V. Clark (5th cir 1980). Signed and dated this 26 day of June, 2007. By Leo Moreno Salas/Marlo Moreno Ruiz
/Leomoreno salas/ Leo moreno salas/ imprison personer.
Plt: Tomo in Process in Form of Pauperis.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _Martha Moreno Ruiz_
    _Leo Moreno Salas_ v. _Office of the Inspector General of Freedom of Information_

Civil Action No. _____

I, _Leo Moreno Salas_ # _28486148_, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_Leo Moreno Salas_
Signature of Plaintiff

n:\forms\Trust Account Form