**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:

Office of the Inspector General
DOJ
1425 New York Ave.,NW    #11050
Washington,DC 20530

Civil Action, File Number __07-1706__ CPLF)

__Leo Moreno Salas__

V.

__Office of the Inspector General of__
__Freedom of Information__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

ES. If you are served on behalf of a corporation, r your signature your relationship to that entity. If ust indicate under your signature your authority.

_____ days, you (or the party on whose behalf you complaint in any other manner permitted by law.

se behalf you are being served) must answer the ment by default will be taken against you for the

eipt of Summons and Complaint By Mail was

USMS Official)

COMPLAINT

complaint in the above captioned manner at

07-1706    9-26-2007    DB

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Inspector General

2. Article Number
(Transfer from service label)

7004 2510 0003 7140 3265

PS Form 3811, February 2004    Domestic Return Receipt

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Garrett Parker_    ☐ Agent
☐ Addressee

B. Received by ( *Printed Name*)    C. Date of Delivery

OCT 01 2007

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

102595-02-M-1540

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature    Form USM-299
(Rev. 6/95)

RECEIVED

OCT - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT