**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO:
U. S. Attorney General
950 Pa. Ave., NW
Washington, DC 20530

Civil Action, File Number __07-1706 (PLF)__

__Leo Moreno Salas__
V.
__Office of the Inspector General of Freedom Information__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If ____ ____ you must indicate under your signature your authority.

____ days, you (or the party on whose behalf you ____ complaint in any other manner permitted by law.

____ behalf you are being served) must answer the ____ ment by default will be taken against you for the

____ eipt of Summons and Complaint By Mail was

_(USMS Official)_

__ COMPLAINT

__ complaint in the above captioned manner at

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Atty General

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
OCT 01 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 2510 0003 7140 3289

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature    Form USM-299 (Rev. 6/95)

RECEIVED OCT -- 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

4 - USMS District Suspense