**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _____Columbia_____

TO:
U. S. Attorney General
950 Pa. Ave., NW
Washington, DC 20530

Civil Action, File Number __07-1706 (PLF)__

__Leo Moreno Salas__

V.

__Office of the Inspector General of Freedom Information__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If _____ indicate under your signature your authority.

_____ days, you (or the party on whose behalf you _____ complaint in any other manner permitted by law.

_____ behalf you are being served) must answer the _____ ent by default will be taken against you for the

_____ eipt of Summons and Complaint By Mail was

_____ (USMS Official)

_____ COMPLAINT

_____ complaint in the above captioned manner at

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Atty General

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
OCT 01 2007
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0003 7140 3289

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)

_____ 4 - USMS District Suspense

(RECEIVED OCT __ 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT — stamp)