IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEO MORENO SALAS )<br>)<br>) <br>   Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF INSPECTOR GENERAL OF )<br>FREEDOM OF INFORMATION )<br>)<br>   Defendant. )<br>)<br>) | Civil Action No. 07-1706(PLF) |

## NOTICE OF APPEARANCE

    The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

    /s/
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 Fourth Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

## Certificate of Service

      I HEREBY CERTIFY that on this 15th, of October, 2007 that a copy of the foregoing

Notice of Appearance was delivered by prepaid postage, U.S. Mail, First Class to:

Martin Moreno Ruiz/ Leo Morena Salas
#28486148 / Otero County Prison Facility
112 Lisa Drive PMB 301
Chaparral, New Mexico 88081

 

WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224