United States District
Court For The District
of Columbia

Leo Moreno Salas, prose, plaintiff.
Otero County Prison Facility
112 Lisa Dr. PMB 301
Chaparral, New Mexico. 88081
Detainee Identification No. 28486148-MSHU2-5H

Vs.

Office of The Inspector
General of Freedom of
Information.
Address: U.S. Department
of Justice, 1425 New York
Avenue, Suite 11050.
Washington, D.C. 20530-001

Civil Action No.
1:07-CV-1706 PLF

RECEIVED
NOV - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notice To This Court
of Plaintiff change
of Address

Comes now, prose, plaintiff to provided this court with He's present-actual

P. 1. of 2 - notice of plaintiff change of address.

Address: leo MORENO salas, OTERO County prison Facility, 112 lisa Dr, PMB 301, cHaparral, new Mexico 88081. Detainee identification number- 28486148-MSHWZ-59.

For further correspondence about the actual status of his case. Plaintiff provided with this original motion to; U.S District court Clerk office, 333 constitution Ave. NW, Room 1225, washington, D.C. 20001. Signed and dated this 29 day of October, 2007. by pro se, plaintiff /leo Moreno salas/ leo Moreno salas

P. 2 of 2.- notice of plaintiff change of ADDRESS