UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF COLUMBIA

Leo Moreno Salas, pro se, plaintiff.
El paso processing center ice/DHS
8915 Montana Avenue
El Paso Texas 79925
Detainee Identification N- 28486148

Vs.

Office of the Inspector
General of Freedom of
Information.
Address: U.S. Department
of Justice, 1425 New York
Avenue, Suite 11050
Washington D.C. 20530-001

Civil Action N-
1:07-CV-1706

RECEIVED
NOV 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF CHANGE OF ADDRESS

Comes now, plaintiff to provide this court with he's following address for further correspondence:

P.1.of 2. notice of change of address

Leo Moreno Salas, 28486198, 8915 Montana Avenue, El Paso, Texas, 79925.

Respectfully submitted this November 19, 2007. by Prose, Plaintiff.

Leo Moreno Salas/Leo Mor. Salas
In Propia Personam

Pg 2 of 2 - Notice of change of address

SERVICE BY MAIL TO comply Rules.

leo moreno salas, Depose and said that I Have placed two (2) envelopes INTO the EPC internotitutional mail system. Contained the notice of change of address TO; clerk of the united states, District court For the District of Columbia, 333 constitution Avenue. N.W. Washington D.C. 20001. and to office of the inspector General of Freedom of Information co-Director - Appeal, U.S. Dpt of Justice, 1425 New york Avenue, suite 11050, washington D.C. 20530-0001. signed and DATED this November 19, 2007. by /leo Moreno Salas

P.1.of 1. SERVICE BY Mail