UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF COLUMBIA

Leo Moreno Salas, pro se, Plaintiff.
El Paso Processing Center, ICE-DHS.
8915 Montana Avenue
El Paso, Texas, 79925
Detainee identification N.- 28486148

Vs.

Civil Action N.-
1:07-CV-1706 PLF

Office of the inspector
General of Freedom of
Information.
ADDRESS: U.S. Department
of Justice, 1425 New York
Avenue, suite 11050.
Washington, D.C. 20530-001

**RECEIVED**

DEC 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff Response To Defendants
Motion For summary Judgment

comes Now, Plaintiff To comply with

This court 11/16/2007. ORDER

P. L. of 4. _ Plaintiff Response To Defendants.

and claim the Following:

# I

THE DEFENDANTS Failed To provided Plaintiff with a copy of The Document called DEFENDANTS Motion For summary Judgment or supporting and oppossing affidavits.

DEFENDANTS Do not comply with They Obligations under The FEDERAL Rules of civil procedure, Rules 5 (a) (b) (d) 12 and 56. and DEFENDANTS Do not comply with The Rules of This court LCR 5.3 and 7 (c) (k). Also DEFENDANTS Do not comply with 5 U.S.C. 552 (a)(4)(c)

p. 2. of 4. _ plaintiff Response To DEFENDANTS.

plaintiff DO comply with His obligations under Federal Rules of civil procedure, Rule 4 (I) (C), (L) (M) and all others.

plaintiff would like TO Have a copy of the DEFENDANTS Motion For summary Judgment.

DEFENDANTS MOTIONS ARE only with the solely purpose TO Delay all the proceedings of This case.

However, plaintiff Request TO This court shall Determine This MATTER DE NOVO Pursuant TO; 5 U.S.C. 552 (a) (4) (B).

and Request TO This court TO make An ORDER Against the DEFENDANTS pursuant TO:

P. 3. OF 4. _ plaintiff Response TO DEFENDANTS.

FEDERAL Rules of civil procedure, Rule 12
(c) and (F) Motion For Judgment on THE
pleadings of plainTIFF original complaint
DATED august 28, 2007. and all proper
EXHibiTS ATTached in the complaint.
Respectfully submitted by plaintiff
/eo Moreno salas / pro se plaintiff
        El PASO processing center
        8915 MONTANA AVENUE
        El PASO, TEXAS. 79925.
    Detainee iDentification n. 28486148
    signed This December 6, 2007.



P. 4. of 4. _ plaintiff Response TO DEFENDANTS.

SERVICE BY MAIL CASE—07-CV-1706.

I leo MORENO salas, placed two envelopes INTO The el PASO processing center interinstitutional MAil system① contained original and two copies of The plaintiff Response TO DEFENDANTS MOTION FOR summary Judgment Addressed TO: columbia U.S. DisTrict COURT clerk office, 333 Constitution AVENUE N.W, Room 1225, Washington, D.C. 20001.

② copy of the Above Mentioned Motion ADDRESSED TO: the inspector General of Freedom of inFormation co-Director— Appeal, U.S. DEPARTment of Justice, P.1 of 2— service By MAil.

1425 New York Avenue, suite 11050,
Washington D.C. 20530-0001
Signed and DATED This December 6,
2007, by pro se plaintiff leo Moreno
salas in propia personam At el
PASO Processing center, DHS-ICE.
8915 MONTANA AVENUE, el PASO,
TEXAS.

leo Moreno salas. /pro se.
in propia personam.

P.2. of 2.— SERVICE By MAIl.