UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF COLUMBIA

Leo Moreno Salas, pro se, plaintiff
Otero County Prision Facility
112 Lisa Dr. PMB 301
Chaparral, New Mexico. 88081
Detainee Identification n.- 28486148

Vs.

Office of the Inspector
General of Freedom of
Information.
Address: U.S. Department
of Justice, 1425 New York
avenue, suite 11050.
Washington D.C. 20530-001.

Civil Action n.-
1:07-CV-1706 (PLF)

RECEIVED
JAN - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF CHANGE OF ADDRESS

Comes now, plaintiff to provide this court with He's following address for further correspondence in this case:

P. 1. OF 2 - NOTICE OF CHANGE OF ADDRESS.

leo Moreno Salas, 28986148.

112 lisA Dr. PMB 301, CHaparral, New Mexico.

88081.

Respectfully submitted this January 3, 2008.
by pro se, plaintiff.

/eo Moreno Salas.//leo moreno salas

in propia personam.

P. 2. of 2. -notice of change of address.

SERVICE BY MAIL TO comply with Rules

Leo Moreno Salas, depose and said that, I have placed two (2) envelopes into the OCPF interinstitutional Mail system. contained the notice of change of Address TO: clerk of the U.S. District court for the District of Columbia, 333 Constitution Avenue N.W., Washington D.C. 20001. and TO: office of the Inspector General of Freedom of Information Co-Director - Appeal, U.S. Dpt. of Justice, 1425 New York Avenue, Suite 11050, Washington D.C. 20530-0001. Signed and Dated this January 3, 2008. by plaintiff, pro se, Leo Moreno Salas. In propia personam. Leo Moreno Salas.

P.1. of 1. service by mail.