UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEO MORENO SALAS | ) | |
| | ) | |
| | ) | Civil Action No. 07-1706(PLF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICE OF INSPECTOR GENERAL OF | ) | |
| FREEDOM OF INFORMATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

NOTICE OF FILING

Defendant hereby gives notice of the filing of the following Amended Certificate of Service of Defendant's Motion For Summary Judgment.  Defendant is  forwarding copies of its dispositive motion to both addresses listed in the Court's PACER Docket.

Based upon the frequent notices by Plaintiff to the Court of his change of address, Plaintiff, a pro se prisoner, has apparently been transferred between incarceration facilities in Texas and New Mexico.  On November 9, 2007, Defendant filed its dispositive motion and forwarded a copy to Plaintiff's initial address at the El Paso Processing Center ICE/DHS in El Paso, Texas. On November 2, 2007 Plaintiff had filed a change of address to the Otero County Prison Facility in New Mexico.  On November 21, 2007, Plaintiff filed another change of address reflecting the original address at the El Paso Processing Center ICE/DHS in El Paso, Texas. As indicated above, a copy of defendant's motion had been forwarded to Plaintiff's address in El Paso, Texas.

On December 20, 2007, Plaintiff filed a motion with this Court stating that he did not receive a copy of Defendant's dispositive motion. On January 7, 2008, Plaintiff again filed a change of address to the Otero County Prison Facility in New Mexico. Thus, defendant is forwarding copies of its dispositive motion to both addresses in Texas and New Mexico.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

_____/s/_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 Fourth Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that copies of the foregoing Notice of Filing and Defendant's Motion

for Summary Judgment have been served by U.S. mail, postage prepaid, this 10th day of January

2008, on:

LEO MORENO SALAS
No. 28486148
EL PASO PROCESSING CENTER
8915 Montana Avenue
El Paso, TX 79925
Pro Se.

LEO MORENO SALAS
Detainee ID No. 28486148-MSHUZ-59
OTERO COUNTY PRISON FACILITY
112 Lisa Drive, PMB 301
Chaparral, New Mexico, 88081

_____/s/ _____
WYNEVA JOHNSON
Assistant United States Attorney
555 Fourth Street, N.W., E-4106
Washington, D.C.  20530
(202) 514-7224